UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**RYAN ADAM DIXON,**

    **Plaintiff,**

v.                                   Case No: 5:20-cv-543-Oc-CEMPRL

**DOUGLAS C. ZHAM, MARION
COUNTY CLERK OF THE CIRCUIT
COURT & COMPTROLLER,
MARION COUNTY TAX
COLLECTOR, MARION COUNTY
PROPERTY APPRAISER, STATE OF
FLORIDA and CONSUMER TITLE &
ESCROW SERVICES, INC.,**

    **Defendants.**

## ORDER

In his most recent filing, Plaintiff, who is proceeding *pro se*, requests that the Court enter a default judgment against the State of Florida. (Doc. 28). However, a review of the docket shows that there is no basis for entry of default since the State of Florida timely appeared in this action and requested additional time to respond to Plaintiff's complaint. (Doc. 27). *See* Rule 55(a), Fed.R.Civ.P, ("[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."). Accordingly, Plaintiff's motion (Doc. 28) is due to be **DENIED**.

Plaintiff is cautioned that despite proceeding pro se, he is required to comply with this Court's Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. Plaintiff may obtain a copy of the Local Rules from the Court's website

(http://www.flmd.uscourts.gov) or by visiting the Office of the Clerk of Court. Also, resources and information related to proceeding in court without a lawyer, including a handbook entitled *Guide for Proceeding Without a Lawyer*, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm). Plaintiff should also consult the Middle District of Florida's Discovery Handbook for a general discussion of this District's discovery practices (see http://www.flmd.uscourts.gov/civil-discovery-handbook).

**DONE** and **ORDERED** in Ocala, Florida on February 1, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties